## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: FEDERICO, KATHLEEN                                     Case No. 08-02987
                                                              Chapter  7
_____,
                    Debtor

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/19/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 02/23/2010    By: /s/BRADLEY J. WALLER
                                                                    Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: FEDERICO, KATHLEEN　　　　　　　　　　　　　Case No. 08-02987
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　7

_____,
　　　　　　　　　Debtor


## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION


| | |
|---|---|
| *The Final Report shows receipts of* | $    10,001.19 |
| *and approved disbursements of* | $    250.00 |
| *leaving a balance on hand of* [1] | $    9,751.19 |

Claims of secured creditors will be paid as follows:

*Claimant*　　　　　　　　　　　　　　　　　　　　　　　*Proposed Payment*
　　　　　　　　　N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BRADLEY J. WALLER | $    1,750.12 | $    143.50 |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*　　　　　　　　　　　*Fees*　　　　　　　　　　*Expenses*


---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,078.61 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.1 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

| 1 | Roswell Properties, L.L.C., Ltd. | $ 26,078.61 | $ 7,857.57 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant*                                *Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: aiwinski           Page 1 of 1            Date Rcvd: Feb 12, 2008
Case: 08-02987                Form ID: b9a             Total Served: 16

The following entities were served by first class mail on Feb 14, 2008.
db           +Kathleen Federico,    2737 E Brunswick Road,    Beecher, IL 60401-3058
aty          +Carleen L Cignetto,    Carleen L Cignetto,    PO Box 1111,    Peotone, IL 60468-1111
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
11940071     +Blatt,Hasenmiller,Liebsker&Moore,    125 S. Wacker Drive,   Suite 400,   Chicago, IL 60606-4440
11940073     +Clarence Walton,    1421 West 112th Place,    Chicago, IL 60643-4405
11940074     +First American Investment,    2805 Wehrle Dr Ste 11,    Williamsville, NY 14221-7383
11940077     +Hsbc-Carson Pirie Scott,    Po Box 15521,    Wilmington, DE 19850-5521
11940078     +Rick L. Federico,    2222 Collins,   Blue Island, IL 60406-1622
11940079     +Roswell Properties L.L.C.,    100 North Center Street,    Newton Falls, OH 44444-1321
11940080     +Tressler,Soderstrom,Maloney&Priess,    233 South Wacker Drive,    Sears Tower, 22nd Floor,
               Chicago, IL 60606-6306
11940081      University of Illinois,    General A/R,    P.O. Box 19448,    Springfield, IL 62794-9448

The following entities were served by electronic transmission on Feb 13, 2008.
aty          +E-mail/Text: CIGNETTOLAW@YAHOO.COM                                     Carleen L Cignetto,
               Carleen L Cignetto,    PO Box 1111,    Peotone, IL 60468-1111
11940070     +EDI: ARROW.COM Feb 12 2008 23:33:00      Arrow Financial Services,   5996 W Touhy Ave,
               Niles, IL 60714-4610
11940072     +EDI: CAPITALONE.COM Feb 12 2008 23:33:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,    Norcross, GA 30091-5155
11940075      +EDI: AMINFOFP.COM Feb 12 2008 23:33:00      First Premier Bank,   Attn: Correspondence Dept.,
               Po Box 5524,    Sioux Falls, SD 57117-5524
11940076     +EDI: HFC.COM Feb 12 2008 23:33:00      HSBC GM Card,   Hsbc Card Srvs   Attn: Bankruptcy,
               Po Box 5213,    Carol Stream, IL 60197-5213
11940082     +EDI: WOLPOFF.COM Feb 12 2008 23:33:00      Wolpoff & Abramson, L.L.P.,   Two Irving Centre,
               702 King Farm Blvd,    Rockville, MD 20850-5774
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 14, 2008            Signature: *Joseph Speetjens*